UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**WILLIE L. PARKER, CORPORATION COUNSEL**
**CITY OF NEWARK – DEPARTMENT OF LAW**
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendant City of Newark (improperly pled as "Newark Police Department")

By: Emilia Perez, Esq.
    Assistant Corporation Counsel
    Telephone (973) 6531
    Facsimile (973) 353-8426

| | |
|---|---|
| MALCOLM WILEY, | |
|     Plaintiff, | |
| vs. | Civil Action No. 2:16-cv-02530-KM-MAH |
| NEWARK POLICE DEPARTMENT, CITY OF NEWARK, ESSEX COUNTY, ESSEX COUNTY SHERIFF OFFICE, NEWARK POLICE DEPARTMENT OFFICERS JOHN DOES 1-50 | **NOTICE OF APPEARANCE** |
|     Defendants. | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I, **Emilia Perez, ESQ.,** am admitted to practice in this Court, and I hereby give notice that I will appear in this case as counsel of record for the above named Defendant.

                                **WILLIE L. PARKER, CORPORATION COUNSEL**
                                *Attorney for Defendant*

                                By:  *s/Emilia Perez*_____
                                      Emilia Perez, Esq.
                                      Assistant Corporation Counsel

Dated: January 26, 2017

**CERTIFICATE OF SERVICE**

I, **EMILIA PEREZ, ESQ.**, of full age hereby certify and say:

1. I am assistant corporation counsel with the City of Newark Law Department and counsel for the defendant, in this action.

2. On this date, I caused a copy of this Notice of Appearance to be served on all counsel of record via CM/ECF.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**WILLIE L. PARKER, CORPORATION COUNSEL**
*Attorney for Defendant*

By:___*s/Emilia Perez*_____
    Emilia Perez, Esq.
    Assistant Corporation Counsel

Dated: January 26, 2017