UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**WILLIE L. PARKER, CORPORATION COUNSEL**
**CITY OF NEWARK — DEPARTMENT OF LAW**
**920 Broad Street, Room 316**
**Newark, New Jersey 07102**
**Attorney for Defendant City of Newark (improperly pled as "Newark Police Department")**

**By:  Emilia Perez, Esq.**
    **Assistant Corporation Counsel**
    **Telephone (973) 877-9439**
    **Facsimile (973) 353-8426**

| | |
|---|---|
| MALCOLM WILEY,           : | |
|                          : | |
|           Plaintiff,     : | |
|                          : | **Civil Action No.** |
|                          : | **2:16-cv-02530-KM-MAH** |
| vs.                      : | |
|                          : | |
| NEWARK POLICE DEPARTMENT, : | |
| CITY OF NEWARK, ESSEX     : | *Electronically filed via CM/ECF* |
| COUNTY, ESSEX COUNTY      : | |
| SHERIFF OFFICE, NEWARK    : | |
| POLICE DEPARTMENT OFFICERS : | |
| JOHN DOES 1-50           : | **CERTIFICATION OF SERVICE** |
|                          : | |
|           Defendants.    : | |
|                          : | |

   **Emilia Perez, Esq.,** of full age, hereby certifies as follows:

   1.  I am an attorney-at-law of the State of New Jersey and Assistant Corporation Counsel with the Law Department of the City of Newark, attorneys for Defendant, City of Newark (improperly pled as "Newark Police Department"), in this litigation.

2.   On January 26, 2017, I caused Defendant's Notice of Appearance and this Certification of Service to be delivered to the Clerk of the United States District Court for the District of New Jersey in accordance with the Electronic Filing Rules of the District Court of New Jersey.

3.   In addition, on January 26, 2107, I caused the aforementioned documents to be delivered electronically via ECF to:

Audwin F. Levasseur, Esq.
Harbatkin & Levasseur, P.A.
616 E. Palisade Avenue
Suite 102
Englewood Cliffs, New Jersey 07632
*Attorneys for Plaintiff*

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

WILLIE L. PARKER
CORPORATION COUNSEL
CITY OF NEWARK
Attorneys for Defendant,
City of Newark


By:*/s/  Emilia Perez*

Dated:  January 26, 2017