

**CITY OF NEWARK**

Mayor Ras J. Baraka

---

**Department of Law**                                     A City We Can All Believe In

**Kenyatta K. Stewart, Esq.**                              **Emilia Perez, Esq.**
Acting Corporation Counsel                                  Assistant Corporation Counsel

920 Broad Street, Room 316                                  perezem@ci.newark.nj.us
Newark, New Jersey 07102                                    Dir: (973) 733-6531
Fax: (973)733-5394 - Civil Litigation Section

June 25, 2018

**VIA CM/ECF**
Honorable Michael A. Hammer, U.S.M.J.

Re:   **Malcolm Wiley v. City of Newark et al.,**
      **2:16-cv-02530-KM-MAH**

Dear Judge Hammer:

As Your Honor is aware, this office represents Defendant City of Newark.  I respectfully write this letter to request entry of an order compelling Delaney Hall to allow the deposition of Plaintiff.  I thank Your Honor for giving attention to this matter.

Respectfully submitted,

**KENYATTA K. STEWART**
**ACTING CORPORATION COUNSEL**
Attorney for Defendants

By:    *s/Emilia Perez*
       Emilia Perez, Esq.
       Assistant Corporation Counsel

Encl.

Cc:    All counsel of record