# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KENYATTA K. STEWART, CORPORATION COUNSEL
CITY OF NEWARK - DEPARTMENT OF LAW
920 Broad Street, Room 316
Newark, New Jersey 07102
Attorney for Defendant City of Newark (improperly pled as "Newark Police Department")

By:  Emilia Perez, Esq.
     Assistant Corporation Counsel
     Telephone (973) 877-9439
     Facsimile (973) 353-8426

| | | |
|---|---|---|
| MALCOLM WILEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. |
| | : | 2:16-cv-02530-KM-MAH |
| vs. | : | |
| | : | |
| NEWARK POLICE DEPARTMENT, | : | |
| CITY OF NEWARK, ESSEX | : | |
| COUNTY, ESSEX COUNTY | : | *DEPOSITION NOTICE* |
| SHERIFF OFFICE, NEWARK | : | |
| POLICE DEPARTMENT OFFICERS | : | |
| JOHN DOES 1-50 | : | |
| | : | |
| Defendants. | : | |
| | : | |

To:

Audwin F. Levasseur, Esq.
Thomas Ashley, Esq.
Law Office of Thomas Ashley
50 Park Place
Newark, New Jersey 07102

PLEASE TAKE NOTICE, that in accordance with the Rules of Civil Practice and Procedure, testimony will be taken by deposition upon oral examination before a person authorized to

administer oaths on **June 27, 2018 at 10:30 a.m.**, at our office, with respect to all matters relevant to the subject matter involved in this action, at which time and place you will please produce the following persons:  **Malcolm Wiley**

At the above place and time, the aforementioned shall produce all documents, papers, records, bills, expense vouchers, and any other material in any way to the issues raised by the Complaint.

Very truly yours,

S/ Emilia Perez

Emilia Perez, Esq.
Assistant Corporation Counsel

Dated: June 19, 2018

cc:        Nancy Misarti, Court Reporting Services

2