

30B Vreeland Road, Suite 100
Florham Park, NJ 07932
(973) 845-7640
scott@jmslawyers.com

October 10, 2024

**VIA EFILING**
Hon. Michael Hammer, U.S.M.J.
District Court of New Jersey
Martin Luther King Federal Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re:** **Malcolm Wiley v. City of Newark**
     **Docket No. 2:16-CV-02530 (KM-MAH)**
     **Report of the Parties with regard to Settlement Negotiations**

Dear Judge Hammer:

 I am pleased to inform you that the parties have reached a settlement in this matter, subject to the approval of the Newark City Council. Plaintiff's counsel has been informed that the process for approving the settlement takes approximately four to six weeks and includes submitting the release and his firms W9 and business certificate.

 The parties shall provide Your Honor with further updates once this settlement is approved and finalized.

Respectfully submitted,

/s/ Scott D. Salmon, Esq.
Scott D. Salmon, Esq.

                   Michael T. Ashley, Esq.